CLARK COUNTY NATIONAL BANK, Movant, v.
James D. OWENS, Opposed.

Court of Appeals of Kentucky.

October 7, 1949.

Eugene Siler and Redwine & Redwine for movant.

Rodney Haggard opposed.

PER CURIAM.

Judgment for defendant in action to have superior lien for $464.10 under chattel mortgage adjudged against defendant's one-half interest in certain machinery.

Appeal denied. Judgment affirmed.

Fannye HUDGINS, Executrix, etc., Movant, v. Cecil J. EMBRY et al., Opposed.

Court of Appeals of Kentucky.

October 11, 1949.

Marvin J. Sternberg and Lovell M. Humphrey for movant.

Wallace Downing for opposed.

PER CURIAM.

Motion for appeal denied. Judgment affirmed.

Ollie LANE, Movant, v. O. L. MOHUNBRO, Opposed.

Court of Appeals of Kentucky.

October 11, 1949.

Prince & Acree and R. Hall Hood for movant.

Lovett & Lovett opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.